IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–01684–EWN–CBS

DEERY AMERICAN CORPORATION, a Colorado
corporation,

       Plaintiff,

v.

ARTCO EQUIPMENT SALES, INCORPORATED,
a New York corporation, and
ERIC W. STONE,

       Defendants.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed December 287, 2006. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. The Amended Motion for Default Judgment (#14, filed December 8, 2006) is GRANTED.

3. The clerk shall enter default judgment on the Complaint in favor of Plaintiff and against Defendants Artco Equipment Sales, Incorporated, and Eric W. Stone, jointly and severally:

   a. in the principal amount of $271,653.74,
   b. plus interest from the date of default to December 12, 2006, in the amount of $36,439.84,
   c. plus interest as it continues to accrue after December 12, 2006, at the rate of 1.5% per month,
   d. plus attorney fees in the amount of $4,141.50,
   e. plus costs in the amount of $810.00.

DATED this 6th day of February, 2007.

                                          BY THE COURT:

                                          s/ Edward W. Nottingham
                                          EDWARD W. NOTTINGHAM
                                          United States District Judge